No. 96–6733. WAYNE, AKA FENNEY *v.* BENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 96–6736. BALAWAJDER *v.* SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6737. WRONKE *v.* CANADY. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 96–6739. PARKER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–6740. LEWIS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

· No. 96–6741. REIMAN *v.* BROUSSE. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 96–6745. CRANE *v.* BOOTHBY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 96–6771. PETERSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–6772. BOYD *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–6773. FOTI *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 96–6777. COOPER *v.* GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, ET AL. Ct. App. Mo., Western Dist. Certiorari denied.

No. 96–6778. BONEY *v.* SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6782. WALKER *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.